**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)          Case Number **08–12842**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on May 20, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Federow And Company
7850 W. Addison Avenue
Suite 200
Chicago, IL 60634

| | |
|---|---|
| Case Number:   08–12842<br>Office Code:     1 | Taxpayer ID/Employer ID/Other Nos.:<br>36–4247813 |
| Attorney for Debtor(s) (name and address):<br>John D Landry<br>Landry & Associates<br>120 E. Ogden Avenue<br>Suite 212<br>Hinsdale, IL 60521<br>Telephone number:  630–321–3600 | Bankruptcy Trustee (name and address):<br>David R Herzog<br>Herzog & Schwartz PC<br>77 W Washington Suite 1717<br>Chicago, IL 60602<br>Telephone number:  312 977–1600 |

# Meeting of Creditors:
Date:  **June 17, 2008**                              Time:  **03:00 PM**

Location:  **219 South Dearborn, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday – Friday 9:00 AM – 4:30 PM | Date:  May 21, 2008 |

## EXPLANATIONS

**B9B (Official Form 9B) (12/07)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: rdelgado          Page 1 of 1              Date Rcvd: May 21, 2008
Case: 08-12842               Form ID: b9b             Total Served: 28
```

The following entities were served by first class mail on May 23, 2008.
```
db           +Federow And Company,   7850 W. Addison Avenue,   Suite 200,   Chicago, IL 60634-3059
aty          +John D Landry,   Landry & Associates,   120 E. Ogden Avenue,   Suite 212,
              Hinsdale, IL 60521-3546
tr           +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
12252219      Allen Phiefer,   2701-2709 W. Fulton,   Unit 7S,   Chicago, IL  60612
12252220      Chicago Fly House,   2701-2709 W. Fulton,   Unit 1N,   Chicago, IL  60612
12252221     +Chicago Sun-Times,   P.O. Box  1003,   Tinley Park, IL 60477-9103
12252222      Chicago Tribune Co.,   C/O Biehl & Biehl, Inc.,   P.O. Box  87410,   Carol Stream, IL  60188-7410
12252224     +Community Business Training Center,   C/O Diana Maldonado,   2701-2709 W. Fulton,
              Chicago, IL 60612-2003
12252225     +Excel Answering Service, Inc.,   5742 S. Pulaski,   Chicago, IL 60629-4437
12252226     +Glass Hammer Studio,   C/O Betten Sorin & Christine Bonczyk,   2701-2709 W. Fulton,
              Chicago, IL 60612-2003
12252227      HPS Hospitality Services,   2701-2709 W. Fulton,   Unit 8S,   Chicago, IL  60612
12252218      Landry & Associates,   120 E Ogden Avenue Suite 212,   Hinsdale, IL  60521-3546
12252228      Mac Restoration,   2701-2709 W. Fulton,   Unit 2N,   Chicago, IL  60612
12252229     +McGuire-Western Lumber Co.,   C/O Stein & Rotman,   105 W. Madison Street,
              Chicago, IL 60602-4602
12252230      Nova Navigation,   2701-2709 W. Fultion,   Unit 5S,   Chicago, IL  60612
12252231     +Payton Studios,   C/O Reginald Payton,   2701-2709 W. Fulton,   Chicago, IL 60612-2003
12252232      Peoples Energy,   C/O State Collection Service, Inc.,   P.O. Box 6250,   Madison, WI  53716-0250
12252233     +Ricaro Dipago,   2701-2709 W. Fulton,   Chicago, IL 60612-2003
12252234     +SBC-Illinois,   C/O Alliant Law Group, P.C.,   2860 Zanker Road Suite 105,
              San Jose, CA 95134-2119
12252235     +Shosaw Designs,   2701-2709 W. Fulton,   Chicago, IL 60612-2003
12252236      Supreme Novelty,   2701-2709 W. Fulton,   Unit 4N,   Chicago, IL  60612
12252237     +Tadeusz Zuryr,   2701-2709 W. Fulton,   Chicago, IL 60612-2003
12252238     +The 270 Corporation,   C/O Margaret McMahon,   3611 McCormick Avenue,   Brookfield, IL 60513-1615
12252239      Tile Pro,   2701-2709 W. Fulton,   Unit 3N,   Chicago, IL  60612
12252240      Tim Rogers,   2701-2709 W. Fulton,   Unit 1N,   Chicago, IL  60612
12252241     +VMaids, Inc.,   4240 N. Newcastle Avenue,   Harwood Heights, IL 60706-1314
12252242     +Waste Management,   1411 Opus Place, Suite 400,   Downers Grove, IL 60515-1481
```

The following entities were served by electronic transmission on May 22, 2008.
```
12252223     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                      ComEd,
              P.O. Box 805376,   Chicago, IL 60680-4115
                                                                                       TOTAL: 1
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12252217*    +Federow And Company,   7850 W Addison Avenue,   Suite 200,   Chicago, IL 60634-3059
                                                                           TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2008**                    **Signature:** _Joseph Speetjens_