**Form NTCFTFC7**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Federow And Company
7850 W. Addison Avenue
Suite 200
Chicago, IL 60634
SSN: EIN: 36–4247813

Case No. :  08–12842
Chapter :   7
Judge :     Jacqueline P. Cox

Debtor's Attorney:
John D Landry
Landry & Associates
120 E. Ogden Avenue
Suite 212
Hinsdale, IL 60521

630–321–3600

Trustee:
David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

312 977–1600

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on *May 20, 2008* .

1. *December 11, 2008* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *December 11, 2008* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: September 10, 2008

Kenneth S. Gardner , Clerk
United States Bankruptcy Court