Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Federow And Company
7850 W. Addison Avenue
Suite 200
Chicago, IL 60634
SSN: EIN: 36–4247813

Case No. :  08–12842
Chapter :   7
Judge :     Jacqueline P. Cox

Debtor's Attorney:
John D Landry
Landry & Associates
120 E. Ogden Avenue
Suite 212
Hinsdale, IL 60521

630–321–3600

Trustee:
David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

312 977–1600

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on *May 20, 2008 .*

1. *December 11, 2008* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *December 11, 2008* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: September 10, 2008

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Federow And Company | Judge Initials: JPC | Case Number: 08-12842 |
|---|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

Telephone number:

**File Claim Form With:**
United States Bankruptcy Court
P.O. Box A3613
Chicago, Illinois 60690-3612

FOR COURT USE ONLY

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

**1. Amount of Claim as of Date Case Filed:**          $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

☐ Check this box if you are the debtor or trustee in this case.

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate___%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/07) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# BAE SYSTEMS

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 0752-1          User: vrowe            Page 1 of 1           Date Rcvd: Sep 10, 2008
Case: 08-12842                Form ID: ntcftfc7      Total Served: 28
```

```
The following entities were served by first class mail on Sep 12, 2008.
db          +Federow And Company,   7850 W. Addison Avenue,   Suite 200,   Chicago, IL 60634-3059
aty         +John D Landry,   Landry & Associates,   120 E. Ogden Avenue,   Suite 212,
             Hinsdale, IL 60521-3546
tr          +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
12252219     Allen Phiefer,   2701-2709 W. Fulton,   Unit 7S,   Chicago, IL  60612
12252220     Chicago Fly House,   2701-2709 W. Fulton,   Unit 1N,   Chicago, IL  60612
12252221    +Chicago Sun-Times,   P.O. Box  1003,   Tinley Park, IL 60477-9103
12252222     Chicago Tribune Co.,   C/O Biehl & Biehl, Inc.,   P.O. Box  87410,   Carol Stream, IL  60188-7410
12252224    +Community Business Training Center,   C/O Diana Maldonado,   2701-2709 W. Fulton,
             Chicago, IL 60612-2003
12252225    +Excel Answering Service, Inc.,   5742 S. Pulaski,   Chicago, IL 60629-4437
12252226    +Glass Hammer Studio,   C/O Betten Sorin & Christine Bonczyk,   2701-2709 W. Fulton,
             Chicago, IL 60612-2003
12252227     HPS Hospitality Services,   2701-2709 W. Fulton,   Unit 8S,   Chicago, IL  60612
12252218     Landry & Associates,   120 E Ogden Avenue Suite 212,   Hinsdale, IL  60521-3546
12252228     Mac Restoration,   2701-2709 W. Fulton,   Unit 2N,   Chicago, IL  60612
12252229    +McGuire-Western Lumber Co.,   C/O Stein & Rotman,   105 W. Madison Street,
             Chicago, IL 60602-4602
12252230     Nova Navigation,   2701-2709 W. Fultion,   Unit 5S,   Chicago, IL  60612
12252231    +Payton Studios,   C/O Reginald Payton,   2701-2709 W. Fulton,   Chicago, IL 60612-2003
12252232     Peoples Energy,   C/O State Collection Service, Inc.,   P.O. Box 6250,   Madison, WI  53716-0250
12252233    +Ricaro Dipago,   2701-2709 W. Fulton,   Chicago, IL 60612-2003
12252234    +SBC-Illinois,   C/O Alliant Law Group, P.C.,   2860 Zanker Road Suite 105,
             San Jose, CA 95134-2119
12252235    +Shosaw Designs,   2701-2709 W. Fulton,   Chicago, IL 60612-2003
12252236     Supreme Novelty,   2701-2709 W. Fulton,   Unit 4N,   Chicago, IL  60612
12252237    +Tadeusz Zuryr,   2701-2709 W. Fulton,   Chicago, IL 60612-2003
12252238    +The 270 Corporation,   C/O Margaret McMahon,   3611 McCormick Avenue,   Brookfield, IL 60513-1615
12252239     Tile Pro,   2701-2709 W. Fulton,   Unit 3N,   Chicago, IL  60612
12252240     Tim Rogers,   2701-2709 W. Fulton,   Unit 1N,   Chicago, IL  60612
12252241    +VMaids, Inc.,   4240 N. Newcastle Avenue,   Harwood Heights, IL 60706-1314
12252242    +Waste Management,   1411 Opus Place, Suite 400,   Downers Grove, IL 60515-1481

The following entities were served by electronic transmission on Sep 11, 2008.
12252223    +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                      ComEd,
             P.O. Box 805376,   Chicago, IL 60680-4115
                                                                                      TOTAL: 1


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12252217*   +Federow And Company,   7850 W Addison Avenue,   Suite 200,   Chicago, IL 60634-3059
                                                                           TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2008**                    **Signature:** _Joseph Speetjens_